# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM L. FORTES,<br><br>                Plaintiff,<br>v.<br><br>COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>                Defendant. | CASE NO. 08cv0317 BTM(RBB)<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS** |

On February 29, 2008, Plaintiff in this case filed a motion to proceed *in forma pauperis* under 28 U.S.C. § 1915. Having considered Plaintiff's supporting declaration, the Court determines that Plaintiff has made a sufficient showing of inability to pay the filing fees and court costs. Accordingly, **IT IS ORDERED THAT**:

(1) Plaintiff's request to proceed *in forma pauperis* is **GRANTED**. Plaintiff is permitted to prosecute this action without being required to prepay fees or costs and without being required to post security.

(2) The Clerk of Court shall file Plaintiff's Complaint without prepayment of the filing fee.

(3) The United States Marshal shall serve a copy of the Complaint and this Order upon Defendant as directed by Plaintiff on U.S. Marshal form 285. All costs of service shall be advanced by the United States.

(4) Plaintiff shall serve upon Defendant, or, if appearance has been entered by counsel, upon Defendant's attorney, a copy of every further pleading or other document submitted or filed for the Court's consideration. Plaintiff shall include with the original document to be filed with the Clerk of Court a certificate stating the manner in which a true and correct copy of such document was served on Defendant or Defendant's counsel and the date of service.

**IT IS SO ORDERED.**

DATED:  February 21, 2008

_____
Honorable Barry Ted Moskowitz
United States District Judge