# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM FORTES,<br><br>                               Plaintiff,<br>   v.<br><br>MICHAEL J. ASTRUE, Commissioner or Social Security,<br><br>                              Defendant. | CASE NO. 08cv317 BTM(RBB)<br><br>**ORDER SETTING HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

      Plaintiff has filed a complaint in this case seeking judicial review of Defendant's denial of her application for disability insurance benefits and supplemental security income under Titles II and XVI of the Social Security Act. Because the answer and administrative record have been filed, the matter is now ready for this Court's review. This order sets a briefing schedule and hearing date on cross-motions for summary judgment.

      Plaintiff must file her motion for summary judgment on or before **July 14, 2008**. Defendant must file its cross-motion and opposition on or before **August 18, 2008**. Plaintiff must file any reply on or before **September 15, 2008**. The Court hereby sets the cross-motions for hearing on **September 19, 2008 at 11:00 a.m.** Unless the Court directs otherwise, this matter shall be resolved without oral argument and no personal appearances are necessary.

**IT IS SO ORDERED.**

DATED: June 2, 2008

*Barry Ted Moskowitz*
Honorable Barry Ted Moskowitz
United States District Judge