UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM FORTES, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE <br> COMMISSIONER OF <br> SOCIAL SECURITY <br> ADMINISTRATION <br><br> Defendant. | CIVIL NO.  08CV 0317 BTM (RBB) <br><br> ORDER ON JOINT MOTION <br> TO EXTEND TIME TO FILE <br> PRETRIAL  MOTIONS |

Pursuant to the parties joint motion to extend time, the Court orders that;

1. Plaintiff, Kim Fortes, will file her motion for summary judgment on or before October 3,  2008.

2. Defendant, Commissioner of Social Security will file his consolidated opposition/cross motion for summary judgment on or before October 31, 2008.

3. Plaintiff may file a reply on or before November 14, 2008.

4. The hearing on the cross-motions for summary judgment is continued to **November 21, 2008 at 11:00 a.m.**  Unless otherwise directed by the Court, there shall be no oral argument, and no personal appearances are necessary.

IT IS SO ORDERED.

DATED:  August 26, 2008

*Barry Ted Moskowitz*
Honorable Barry Ted Moskowitz
United States District Judge